UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WATIKA DALTON, ET AL.                                    CIVIL ACTION

VERSUS                                                              NO. 19-578-BAJ-RLB

MIKE CAZES, ET AL.

## ORDER

This matter is before the Court on a Joint Motion to Continue Scheduling Conference and Status Report (R. Doc. 7). A Scheduling Conference Order (R. Doc. 5) was entered setting a scheduling conference for November 7, 2019 with a joint status report due by October 24, 2019.

A review of the Court's Docket Sheet reflects there are no service returns in the record for the defendants. The Court also notes that summons were never requested and there are no executed waivers of service filed in the record.

Based on the foregoing,

**IT IS ORDERED** that the Joint Motion to Continue Scheduling Conference and Status Report is **GRANTED.** The Scheduling Conference is reset for **December 19, 2019 at 11:00 a.m. in chambers.** A joint status report shall be filed on or before **December 5, 2019.**

Signed in Baton Rouge, Louisiana, on October 24, 2019.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE